■ In the Matter of RICHARD M. FAROLINO, Doing Business as PANDORA'S Box, Appellant, v CITY OF BUFFALO et al., Respondents.—Judgment unanimously affirmed, without costs, for the reasons stated at Special Term,

Marshall, J. (Appeal from judgment of Erie Supreme Court—art 78.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.